1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  YAKIMA NEIGHBORHOOD<br>HEALTH SERVICES, a Washington<br>8  nonprofit corporation | NO: 1: 16-CV-3030-TOR |
| 9                                   Plaintiff, | ORDER APPROVING STIPULATED<br>PROTECTIVE ORDER |
| 10      v. | |
| 11  CITY OF YAKIMA, a Washington<br>municipal corporation, | |
| 12 | |
| 13                                   Defendant. | |

14    BEFORE THE COURT is the parties' Stipulated Protective Order (ECF No.

15  15). The Court reviewed the stipulation and the file therein, and is fully informed.

16  **IT IS ORDERED:**

17    The Parties' Stipulated Protective Order (ECF No. 15) is **APPROVED** and

18  shall govern this proceeding.

19  //

20  //

ORDER APPROVING STIPULATED PROTECTIVE ORDER ~ 1

1  The District Court Clerk is directed to enter this Order and provide copies to
2  counsel.
3  **DATED** July 22, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER APPROVING STIPULATED PROTECTIVE ORDER ~ 2