UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKIMA NEIGHBORHOOD HEALTH SERVICES, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF YAKIMA, a Washington municipal corporation,<br><br>Defendant. | NO: 1:16-CV-3030-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 46). The parties have stipulated to the dismissal of this action with prejudice and without an award of costs or attorney's fees to any party.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this action are **DISMISSED** with prejudice and without costs or attorney's fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 10, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2